**MARINE POLYMER TECHNOLO-GIES, INC., Plaintiff–Appellee,**

v.

**HEMCON, INC., Defendant–Appellant.**

No. 2010–1548.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2010.

Before PROST, Circuit Judge.

## ON MOTION

### ORDER

HemCon, Inc. submits a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the District of New Hampshire on September 16, 2010. HemCon also requests an immediate "administrative stay" of the injunction pending disposition of its motion for a stay, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Marine Polymer Technologies, Inc. is directed to respond no later than October 8, 2010.

(2). HemCon's request for an "administrative stay" is granted to the extent that the injunction is temporarily stayed, pending the court's receipt of the response and the court's consideration of the papers submitted.